UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SCOTT PARILLA,

                Petitioner,

      -v.-

P. BERLE, Superintendent, Greene Correctional Facility

                Respondent.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

08 Civ. 2547 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

     The Court having concluded that the petition should not be summarily dismissed pursuant to Rule 4 of the Rules governing Section 2254 cases in the United States District Courts, it is hereby:

     ORDERED that the respondent file an answer to the petition or other pleading in response thereto, along with the record on appeal, appellate briefs, and relevant trial and post conviction records and transcripts, no later than May 23, 2008.

     IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this Order and of the petition by certified mail upon the respondent, the Attorney General of the State of New York and the District Attorney of Bronx County.

SO ORDERED.

Dated: New York, New York
       March 28, 2008

                                               /s/ Gerard E. Lynch
                                               GERARD E. LYNCH
                                               United States District Judge

Copy to:
Scott Parilla
#96-A-4415
Greene Correctional Facility
PO Box 975
Coxsackie, New York 12051-0975