UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SCOTT PARILLA,

                Petitioner,

        -v.-

P. BERLE, Superintendent, Greene Correctional
Facility

                Respondent.

------------------------------------------------------------x

08 Civ. 2547 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

GERARD E. LYNCH, District Judge:

      Petitioner Scott Parilla seeks appointment of counsel in connection with his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application will be denied.

      In support of his habeas petition, Parilla has submitted a brief, prepared by counsel, that was submitted in support of his state appeal, and which was based on the same issues he seeks to raise here. As the matter has been fully briefed by counsel, there is no showing that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B).

      Accordingly, the application is DENIED.

SO ORDERED.

Dated: New York, New York
       April 21, 2008

                                          _____
                                          GERARD E. LYNCH
                                          United States District Judge

Copy to:
Scott Parilla
#96-A-4415
Greene Correctional Facility
PO Box 975
Coxsackie, New York 12051-0975